In the Matter of MICHAEL L. GOLDMAN (Admitted as MICHAEL LARRY GOLDMAN), a Suspended Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted January 17, 2006; decided January 17, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v BAUMANN & SONS BUSES, INC., Defendant-Respondent.

Submitted December 27, 2005; decided January 17, 2006

Motion to dismiss appeal denied.

In the Matter of PROFESSIONAL STAFF CONGRESS-CITY UNIVERSITY OF NEW YORK, Respondent, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Appellants.

Submitted December 5, 2005; decided January 17, 2006

Motion by the City of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.